[No. 23747-1-I.    Division One.    October 30, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. WAYNE
RICHARD DUBOIS, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-8-04461-1, Shannon Wetherall, J., entered January 25, 1989. *Dismissed* by unpublished per curiam opinion.

[No. 23320-3-I.    Division One.    October 30, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES BRIAN
PAYSENO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-1-03989-1, Anthony P. Wartnik, J., entered November 30, 1988. *Dismissed* by unpublished per curiam opinion.

[No. 23355-6-I.    Division One.    October 30, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. RAFAEL
MEDINA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-1-03538-1, Susan R. Agid, J., entered November 22, 1988. *Dismissed* by unpublished per curiam opinion.